UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts III, Inc.  ) Case No.: 03-12578 PBS
                                    )
       Plaintiff                    )   CORPORATION DISCLOSURE
                                    )         STATEMENT
vs.                                 )
                                    )
Kevin Carter                        )
                                    )
       Defendant                    )
                                    )

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. MediaOne of Massachusetts, Inc. is wholly owned by Comcast of Delaware, Inc.

                                    Respectfully Submitted for the Plaintiff,
                                    Comcast of Massachusetts I, Inc.
                                    By Its Local Counsel,

12/18/0?
Date
                                    John M. McLaughlin
                                    **MCLAUGHLIN SACKS**
                                    31 Trumbull Road
                                    Northampton, MA 01060
                                    Telephone: (413) 586-0865
                                    BBO No. 556328

Page   1