AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Comcast of Massachusetts III, Inc.

V.

Kevin Carter

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12578 PBS

TO: (Name and address of Defendant)

Kevin Carter
40 Ontario
Hudson, MA 01749

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within  twenty (20)       days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    DEC 22 2003



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 21, 2004

I hereby certify and return that on 1/8/2004 at 9:35AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of KEVIN CARTER, , 40 ONTARIO HUDSON, MA 01749 and by mailing 1st class to the above address on 1/9/2004. Attest ($10.00). Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

FRAMINGHAM

*Ron Hanson*
_____
Deputy Sheriff

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    Signature of Server


                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.