UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts III, Inc.
Plaintiff,

        V.                            Civil Action Number
                                    03-12578-PBS

Kevin Carter.                                  March 29, 2004

## SCHEDULING ORDER

Saris, D.J.,

Parties to take one deposition each

Parties to exchange all documents

Bench Trial: May 31, 2004 at 9:00 a.m.

Case to be referred to Mediation program: A.S.A.P.

                                                  By the Court,

                                                  s/ Robert C. Alba
                                                  Deputy Clerk