UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts III, Inc. ,
                Plaintiff,          CIVIL ACTION
                                     NO. 03-12578-PBS
      v.

Kevin Carter,
                Defendant.

**PRETRIAL ORDER**

SARIS, D.J.                                                             March 29, 2004

The above action has been set down for JURY-WAIVED or NON-JURY TRIAL on 5/31/04, at 9:00 a.m.

By 4/26/04, the parties shall file/serve proposed findings of fact/conclusions of law, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

By 5/10/04, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 5/24/04.

                                                       By the Court,

                                                       /s/ Robert C. Alba
                                                     Deputy Clerk

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.