UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts III, Inc
        Plaintiff,                                  CIVIL ACTION
                                                    NO.   03-12578-PBS
    v.

Kevin Carter
        Defendant.

### NOTICE OF RESCHEDULED NON-JURY TRIAL

SARIS, U.S.D.J.                                                                  July 21, 2004

    The Non-Jury Trial previously scheduled for August 30, 2004, has been **rescheduled** to **September 27, 2004, at 9:00 a.m.**

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk

Copies to:  All Counsel

resched.ntc