UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: **03-12578 PBS** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Kevin Carter** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

Date 9/15/04

John M. McLaughlin
**Green, Miles, Lipton and Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 15 day of Sept, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Kevin Carter
40 Ontario Drive
Hudson, MA 01749

_____
John M. McLaughlin, Esq.